# MEMORANDUM DECISIONS.

ADAMS et al., Respondents, v. ELWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Mary Ann Adams and another, as executors, etc., against George A. Elwood. No opinion. Order affirmed, with $10 costs and disbursements.

ALEXANDER v. RIKER. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Peter Alexander against William B. Riker. No opinion. Motion denied.

ALEXANDER, Respondent, v. RIKER, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Peter Alexander, as trustee, against William B. Riker, impleaded. F. Bien, for appellant. H. E. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ALLEN v. ARMSTRONG. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Charles S. Allen against D. Maitland Armstrong. No opinion. Motion denied, with $10 costs.

ALLEN, Respondent, v. TOWN OF ALLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Minnie M. Allen against the town of Allen. No opinion. Judgment and order affirmed, with costs.

A. M. McPHAIL PIANO CO., Respondent, v. BANNON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by the A. M. McPhail Piano Company against Bernard A. Bannon and others. No opinion. Judgment of county court affirmed, with costs.

A. M. McPHAIL PIANO CO., Respondent, v. BANNON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by the A. M. McPhail Piano Company against Bernard A. Bannon and others. No opinion. Motion to amend return denied, without costs.

ANDERSON et al., Appellants, v. DALEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Violet Rosalie Anderson and others against George H. Daley and others. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON, Respondent, v. KORTRIGHT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by John A. Anderson, as receiver of John K. Powell, a judgment debtor, against Robert Kortright, impleaded with John K. Powell, Ida L. Powell, and John K. Powell, Jr. No opinion. Interlocutory judgment affirmed, with costs.

In re ARKENBURGH et al. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) In the matter of the judicial settlement of the account of proceedings of Eliza J. Arkenburgh, as executrix, and Oliver M. Arkenburgh, as executor, of the last will and testament of Robert H. Arkenburgh, deceased. No opinion. Reargument ordered, and cause set down for April 30th.

ASHLEY, Respondent, v. ASHLEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by William D. Ashley against Dexter D. Ashley. No opinion. Interlocutory judgment affirmed, with costs.

ASSOCIATE ALUMNI v. GENERAL THEOLOGICAL SEMINARY. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Action by the associate alumni of the General Theological Seminary of the P. E. Church against General Theological Seminary of the P. E. Church. No opinion. Motion denied.

AURORA GRATA ASS'N OF BROOKLYN, Respondent, v. AURORA GRATA MASONIC CLUB, Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by the Aurora Grata Association of Brooklyn against the Aurora Grata Masonic Club. No opinion. Judgment of the municipal court affirmed, with costs.

BAELZER, Respondent, v. STATEN ISLAND ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by William Baelzer against the Staten Island Electric Railroad Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

BALL & WOOD CO. v. COMSTOCK et al. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by the Ball & Wood Company against Louis K. Comstock and the General Electric Company. No opinion. Motion to dismiss appeal denied, with $10 costs.